## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

|  |  |
|---|---|
| ARC LINK LLC, | ) |
| | ) Case No. 2:26-cv-00476 |
| Plaintiff, | ) |
| | ) **JURY TRIAL DEMANDED** |
| v. | ) |
| | ) |
| CHECK POINT SOFTWARE | ) |
| TECHNOLOGIES LTD., | ) |
| | ) |
| Defendant. | ) |
| | ) |

### PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Arc Link LLC states that it has no parent corporation and there is no publicly held corporation owning 10% or more of its stock.

Dated: June 17, 2026

Respectfully submitted,

 /s/ John Andrew Rubino
John Andrew Rubino
NY Bar No. 5020797
Email: jarubino@rubinoip.com
Michael Mondelli III
NY Bar No. 5805114
Email: mmondelli@rubinoip.com
**RUBINO IP**
1200 Harbor Blvd., 10th Floor
Weehawken Township, NJ 07086
Telephone: (201) 341-9445
Facsimile: (973) 535-0921

***ATTORNEYS FOR PLAINTIFF,***
***ARC LINK LLC***