# REQUEST
## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or
Commercial Matters, signed at The Hague, the 15th of November 1965.

| Identity and address of the applicant | Address of receiving authority |
|---|---|
| Clerk of the Court<br>U.S. District Court - Eastern District of Texas<br>Sam B. Hall Jr. Federal Building and United<br>States Courthouse<br>100 East Houston Street<br>Marshall, Texas 75670-4144- USA | Administration of Courts<br>Legal Assistance to Foreign Countries<br>22 Kanfei Nesharin St.<br>Jerusalem 9546435<br>Israel |

The undersigned applicant has the honour to transmit - in duplicate - the documents listed below and, in conformity with Article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e, (identity and address):

**Check Point Software Technologies Ltd.**
5 Shlomo Kaplan Street
Tel Aviv 6789159, Israel

[X] a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of Article 5 of the Convention*.

[  ] b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of Article 5)*:

[  ] c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of Article 5)*.

The authority is requested to return or to have returned to the applicant a copy of the documents - and of the annexes* - with a certificate as provided on the reverse side.

**Service is requested pursuant to Federal Rules of Civil Procedure, Rule 4, and the Hague Service Convention.**

**List of documents:**

Summons in a Civil Action; Complaint for Patent Infringement

Done at Marshall, Texas, USA, on the ____day of _____, 2026.

_____
[Signature] Clerk of the Court

* Delete if inappropriate.                                        1                                        USM-94

Arc Link LLC v. Check Point Software Technologies Ltd.
Civil Action No. 2:26-cv-00476-RWS

# Certificate

The undersigned authority has the honor to certify, in conformity with article 6 of the Convention,
1)  that the document has been served*
   the (date)_____
   at (place, street, number)_____

--in one of the following methods authorized by article 5 —
   _____ (a) in accordance with the provisions of sub-paragraph (a)
      of the first paragraph of article 5 of the Convention*
   _____ (b) in accordance with the following particular method*:
_____

   _____ (c) by delivery to the addressee, who accepted it voluntarily*

The documents referred to in the request have been delivered to:
 -- (identity and description of person)_____

 -- relationship to addressee (family, business or other):_____
_____

2) that the document has not been served, by reason of the following
facts*:_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is required to pay or reimburse the expenses detailed in the attached statement.*

Annexes

Documents returned:
_____
_____
_____  Done at:                     ,the
                                       _____,_____

In appropriate cases, documents
establishing the service:
_____  Signature and/or stamp.
_____
_____  _____

*delete if inappropriate.

USM-94

Arc Link LLC v. Check Point Software Technologies Ltd.
Civil Action No. 2:26-cv-00476-RWS

# WARNING

**Identity and address of the addressee**:

**Check Point Software Technologies Ltd.**
5 Shlomo Kaplan Street
Tel Aviv 6789159, Israel

## IMPORTANT

**The enclosed document is of a legal nature and may affect your rights and obligations. The "Summary of the Document to Be Served" will give you some information about its nature and purpose.  You should, however, read the document itself carefully.  It may be necessary to seek legal advice.**

**If your financial resources are insufficient, you should seek information on the possibility of obtaining legal aid or advice either in the country where you live or in the country where the document was issued.**

**Enquiries about the availability of legal aid or advice in the country where the document was issued may be directed to:**

Clerk of the Court
U.S. District Court - Eastern District of Texas
Sam B. Hall Jr. Federal Building and United
States Courthouse
100 East Houston Street
Marshall, Texas 75670-4144- USA

3

USM-94

# SUMMARY OF THE DOCUMENT TO BE SERVED

**Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial
Matters, signed at The Hague, the 15th of November 1965.
(Article 5, fourth paragraph)**

**Name and address of the requesting authority**:

Clerk of the Court
U.S. District Court – Eastern District of Texas
Sam B. Hall Jr. Federal Building and United States Courthouse
100 East Houston Street
Marshall, Texas 75670-4144 USA

| | |
|---|---|
| **Particulars of the parties\*:** | **Identity and address of the party interested in the transmission:** |
| **Check Point Software Technologies Ltd.** (Defendant)<br>5 Shlomo Kaplan Street<br>Tel Aviv 6789159, Israel | **John Andrew Rubino** (Attorney for Plaintiff)<br>**Rubino IP**<br>1200 Harbor Blvd., 10th Floor<br>Weehawken Township, NJ 07086 USA<br>Tel.: (201) 341-9445<br>Email: jarubino@rubinoip.com |

## JUDICIAL DOCUMENT\*\*

**Nature and purpose of the document**:

To give notice to the Defendant of the commencement of a civil claim for patent infringement, compensatory damages, and to summons it to serve written defenses to the claim.

**Nature and purpose of the proceedings and, where appropriate, the amount in dispute**:

Civil claim for determination of issues as stated in the documents to be determined by the Court of original jurisdiction.

**Date and place for entering appearance\*\***:

Not applicable (N/A)

**Court which has given judgment\*\***:

Not applicable (N/A)

**Date of judgment\*\***:

Not applicable (N/A)

**Time-limits stated in the document\*\***:

Defendant is to serve written defenses (Answer) to the action upon Plaintiff or attorney for Plaintiff within 21 calendar days after service of the Summons (not counting the day you received it).

## EXTRAJUDICIAL DOCUMENT\*\*

**Nature and purpose of the document**:  Not applicable (N/A)

**Time-limits stated in the document\*\***: Not applicable (N/A)

\* If appropriate, identity and address of the person interested in the transmission of the document.
\*\* Delete if inappropriate.

4

USM-94