**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| ARC LINK LLC, | ) | Case No. 2:26-cv-00476-RWS |
| | ) | |
| Plaintiff, | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| v. | ) | |
| | ) | |
| CHECK POINT SOFTWARE | ) | |
| TECHNOLOGIES LTD., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**MOTION FOR ISSUANCE OF LETTERS ROGATORY FOR SERVICE OF PROCESS**
**ON DEFENDANT CHECK POINT SOFTWARE TECHNOLOGIES LTD.**

Pursuant to Federal Rule of Civil Procedure 4(h)(2) and 4(f)(2)(B), Plaintiff Arc Link LLC

("Arc Link") respectfully requests that this Court issue a Request for Service Abroad of Judicial

or Extrajudicial Documents ("Letters Rogatory") (attached as Exhibit A), addressed to the

appropriate judicial authority in Israel requesting that the Israeli authority assists in effecting

service of process upon Defendant Check Point Software Technologies Ltd. ("Check Point").

Arc Link filed its Complaint (Dkt. No. 1) on June 17, 2026. This Court issued a Summons

as to Check Point on June 17, 2026 (Dkt. No. 7). Upon information and belief, Check Point is a

publicly-listed company with an address of 5 Shlomo Kaplan Street, Tel Aviv 6789159, Israel.

Accordingly, Arc Link respectfully requests that this Court issue Letters Rogatory seeking the

assistance of the Israeli authority in effecting service of the Complaint and Summons upon Check

Point.

Arc Link respectfully requests that the Court return (a) the original copy of the signed and

issued Letters Rogatory, and (b) two certified copies, to the undersigned counsel. The United States

Department of State will oversee transmission of the Letters Rogatory to Israel through diplomatic channels as provided in 28 U.S.C. § 1781(a)(2). Arc Link will reimburse this Court for any expenses incurred in connection with the issuance and return of the Letters Rogatory. Arc Link has retained the services of Process Service Network, LLC, 27201 Tourney Road, Suite 223, Valencia, CA 91355, to ensure delivery of materials and fees in accordance with U.S. and Israeli procedures.

Dated: July 2, 2026

Respectfully submitted,

_/s/ John Andrew Rubino_

John Andrew Rubino
NY Bar No. 5020797
Email: jarubino@rubinoip.com
Michael Mondelli III
NY Bar No. 5805114
Email: mmondelli@rubinoip.com
**RUBINO IP**
1200 Harbor Blvd., 10th Floor
Weehawken Township, NJ 07086
Telephone: (201) 341-9445
Facsimile: (973) 535-0921

***ATTORNEYS FOR PLAINTIFF,
ARC LINK LLC***

2