**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

|  |  |  |
|---|---|---|
| ARC LINK LLC, | ) | Case No. 2:26-cv-00476-RWS |
|  | ) |  |
| Plaintiff, | ) | **JURY TRIAL DEMANDED** |
|  | ) |  |
| v. | ) |  |
|  | ) |  |
| CHECK POINT SOFTWARE | ) |  |
| TECHNOLOGIES LTD., | ) |  |
|  | ) |  |
| Defendant. | ) |  |
|  | ) |  |

**ORDER GRANTING MOTION FOR ISSUANCE OF LETTERS ROGATORY
FOR SERVICE OF PROCESS
ON DEFENDANT CHECK POINT SOFTWARE TECHNOLOGIES LTD.**

Before this Court is Plaintiff Arc Link LLC's ("Arc Link") Motion for Issuance of Request for Judicial Assistance – Letters Rogatory (the "Motion"). Having considered the Motion, the Court is of the opinion that it should be and hereby is GRANTED.

Accordingly, the Court will execute the Request for Service Abroad of Judicial or Extrajudicial Documents attached as Exhibit A to Arc Link's Motion. The Clerk is DIRECTED to authenticate, under seal of this Court, the Court's signature on the Request for Judicial Assistance and prepare two certified copies of the signed and sealed letter. John Andrew Rubino of Rubino IP, 1200 Harbor Blvd., 10th Floor, Weehawken Township, NJ 07086, or his agent, is hereby ORDERED to arrange receipt of the materials from the Court by Contacting the Clerk's Office and to deliver the issued Request for Service Abroad of Judicial or Extrajudicial Documents to the proper authority in Israel.