**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| ARC LINK LLC,<br><br>Plaintiff,<br><br>v.<br><br>CHECK POINT SOFTWARE TECHNOLOGIES LTD.,<br><br>Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 2:26-CV-00476-RWS |

# ORDER

Before the Court is Plaintiff Arc Link LLC's Motion for Issuance of Letters Rogatory for Service of Process on Defendant Check Point Software Technologies Ltd. Docket No. 9. Plaintiff requests that the Court approve and issue the proposed Letters Rogatory because Defendant Check Point Software Technologies Ltd. is located in Israel. *Id.* at 1. After review, the motion (Docket No. 9) is **GRANTED**.

Accordingly, the Court will execute the Letters Rogatory attached as Exhibit A (Docket Nos. 9-1) to Plaintiff's motion. The Clerk of Court is **DIRECTED** to authenticate, under seal of this Court, the Court's signature on the Letters Rogatory and prepare two certified copies of the signed and sealed letters. Counsel for Defendant is **ORDERED** to arrange receipt of the materials from the Court by contacting the Clerk's Office and to deliver the issued Letters Rogatory to the proper authority in Israel.

**So ORDERED and SIGNED this 4th day of November, 2026.**

Robert W Schroeder III

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE