**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| ARCLINK SYSTEMS LLC, | ) | Case No. 2:26-cv-00476-RWS |
| Plaintiff, | ) | **JURY TRIAL DEMANDED** |
| v. | ) | |
| CHECK POINT SOFTWARE TECHNOLOGIES LTD., | ) | |
| Defendant. | ) | |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to the Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(i), Plaintiff ArcLink Systems LLC ("ArcLink" or "Plaintiff") hereby gives notice that the above-captioned action, including all of Plaintiff's claims therein against Defendant Check Point Software Technologies Ltd ("Check Point" or "Defendant") are voluntarily dismissed WITH PREJUDICE, with each party to bear its own costs of Court, expenses, and attorneys' fees.

Dated: November 4, 2026

Respectfully submitted,

*/s/ John Andrew Rubino*

John Andrew Rubino
NY Bar No. 5020797
Email: jarubino@rubinoip.com
Michael Mondelli III
NY Bar No. 5805114
Email: mmondelli@rubinoip.com
**RUBINO IP**
1200 Harbor Blvd., 10th Floor
Weehawken Township, NJ 07086
Telephone: (201) 817-1840
Facsimile: (973) 535-0921

***ATTORNEYS FOR PLAINTIFF, ARCLINK SYSTEMS LLC***