**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| ARCLINK SYSTEMS LLC,<br><br>Plaintiff,<br><br>v.<br><br>CHECK POINT SOFTWARE TECHNOLOGIES LTD.,<br><br>Defendant. | ) | Case No. 2:26-cv-00476-RWS<br><br>**JURY TRIAL DEMANDED** |

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Before the Court is Plaintiff ArcLink Systems LLC's Notice of Voluntary Dismissal Without Prejudice Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i). Docket No. 12. In the notice, Plaintiff voluntarily dismissed its claims against Defendant Check Point Software Technologies Ltd. with prejudice. *Id.* After review, Plaintiff's notice (Docket No. 12) is **ACCEPTED**. Accordingly, it is

**ORDERED** that the above-captioned case is **DISMISSED WITH PREJUDICE**. It is further

**ORDERED** that any pending motions are **DENIED-AS-MOOT**.

The Clerk of Court is directed to **CLOSE** the case.